**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| **SC SJ HOLDINGS, LLC,** *et al,* | : | Case No. 21-10549 (JTD) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | **NOTICE OF APPOINTMENT OF** |
| -------------------------------- | : | **COMMITTEE OF UNSECURED** |
| | : | **CREDITORS** |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. San Jose Water Company, Attn: Celeste Angelich, 110 West Taylor Avenue, San Jose, CA 95110, Phone: 408-316-3017, Email: celeste@angelich@sjwater.com

2. Minibar North America, Inc. Attn: Anthony J. Torano, 7340 Westmore Road, Rockville, MD 20850, Phone: 301-354-5051, Email: tony.torano@minibar.com

3. Pacific Coast Trane Service, Attn: J.P. O'Connell, 310 Soquel Way, Sunnyvale, CA 94085, Phone: 408-481-3600, Email: jpoconnell@trane.com


**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 & 9**

*/s/ Richard L. Schepacarter  for*
T. PATRICK TINKER
Assistant United States Trustee

DATED: March 26, 2021

U.S. Trustee Attorney: Richard L. Schepacarter, Esq.; Phone: (302) 573-6491; Fax: (302) 573-6497.
Debtors' Counsel: Justin R. Alberto, Esq.: Phone (302) 652-3131; Fax: (302) 574-2106.