IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SC SJ HOLDINGS LLC, *et al.*[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 21-10549 (JTD)<br><br>(Jointly Administered) |

**DECLARATION OF PATRICK J. REILLEY IN SUPPORT OF DEBTORS'
MEMORANDUM OF LAW IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE
REPORTS AND TESTIMONY FROM ACCOR'S PUTATIVE EXPERT WITNESSES**

I, Patrick J. Reilley, declare as follows:

1.    I am an attorney at law duly licensed to practice before all courts in the States of Delaware, New Jersey, and Pennsylvania. I am a member with the law firm of Cole Schotz P.C. Cole Schotz P.C. is co-counsel for FMT SJ LLC ("**FMT**") and SC SJ Holdings LLC ("**SC SJ**" and, together the "**Debtors**").

2.    I submit this Declaration in support of Debtors' Memorandum of Law in Support of Motion in Limine to Exclude Reports and Testimony From Accor's Putative Expert Witnesses (the "**Motion**").[2] I make the following statements based on my personal knowledge. If called as a witness, I could and would testify as set forth below.

3.    On May 26, 2021, I attended the deposition of Terence Badour. Between 1998 and 2016, Mr. Badour had many positions that culminated in his working as the chief legal and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: SC SJ Holdings LLC (5141) and FMT SJ LLC (7200). The mailing address for both Debtors is 3223 Crow Canyon Road, Suite 300 San Ramon, CA 94583.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

administration officer of Fairmont Raffles Hotels International.  Attached hereto as **Exhibit "A"** are true and correct copies of excerpts from the deposition of Terence Badour.

4. A true and correct copy of the Amended and Restated Hotel Management Agreement, dated as of December 2, 2005 (as amended the "**HMA**") that was marked as Exhibit 4 to the deposition of Terence Badour is attached hereto as **Exhibit "B."**

5. In connection with the estimation hearing, Fairmont and its counsel retained three experts John R. Dent, Greig Taylor, and Eben Perison.

6. On May 19, 2021, John R. Dent submitted his expert report pursuant to Federal Rule of Civil Procedure 26.  A true and accurate copy of John R. Dent's Expert Report is attached hereto as **Exhibit "C."**

7. On May 19, 2021, Greig Taylor submitted his expert report pursuant to Federal Rule of Civil Procedure 26.  A true and accurate copy of Greig Taylor's Expert Report is attached hereto as **Exhibit "D."**

8. On May 19, 2021, Eben Perison submitted his expert report pursuant to Federal Rule of Civil Procedure 26.  A true and accurate copy of Eben Perison's Expert Report is attached hereto as **Exhibit "E."**

9. On May 27, 2021, I attended the deposition of John R. Dent.  Attached hereto as **Exhibit "F"** are true and correct copies of excerpts from the deposition of John R. Dent.

10. On May 27, 2021, my co-counsel, Patrick Potter of Pillsbury Winthrop Shaw Pittman LLP, took the deposition of Greig Taylor.  Attached hereto as **Exhibit "G"** are true and correct copies of excerpts from the deposition of Greig Taylor.

11. On May 28, 2021, I attended the deposition of Eben Perison.  Attached hereto as **Exhibit "H"** are true and correct copies of excerpts from the deposition of Eben Perison.

12. On June 1, 2021, I attended the deposition of Heather McCrory. Attached hereto as **Exhibit "I"** are true and correct copies of excerpts from the deposition of Heather McCrory.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of June 2021, at Wilmington, Delaware.

>     */s/ Patrick J. Reilley*
>         Patrick J. Reilley