# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SC SJ HOLDINGS LLC, *et al.*[1] | Case No. 21-10549 (JTD) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: June 10 and 11, 2021 |

## JOINT EXHIBIT LIST

| Ex. No. | Exhibit | Date | Docket No. / Bates Range/ Deposition Exhibit No. |
|---|---|---|---|
| JX-003 | 1999 Fairmont San Jose HMA | 9/14/1999 | ACCOR_0026135 –ACCOR_0026244 |
| JX-004 | 2005 Fairmont San Jose HMA | 12/2/2005 | Dep. Ex. 4 (Badour)[2] |
| JX-008 | Hotel historical performance | 1999-2000 | Dep. Ex. 8 (Badour) ACCOR_0000083 |
| JX - 020 | Email: "Re: CONFIDENTIAL & URGENT" | 03/05/2021 | Dep. Ex. 20 (McGowan) ACCOR_0058767 |
| JX-027 | Letter from S. Hirbod to H. McCrory | 12/03/2020 | |
| JX-028 | Letter: Fairmont San Jose (the "Hotel") | 12/08/2020 | Dep Ex. 28 (McCrory) |
| JX-061 | Assignment and Assumption of HMA | 01/2/2018 | Dep. Ex. 61 (Morton) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: SC SJ Holdings LLC (5141) and FMT SJ LLC (7200). The mailing address for both Debtors is 3223 Crow Canyon Road, Suite 300, San Ramon, CA 94583.

[2] The same document marked as Dep. Exhibit 4 was also marked as Dep. Exhibit 37 (Tormey), and Dep. Exhibit 60 (Morton).

| Ex. No. | Exhibit | Date | Docket No. / Bates Range/ Deposition Exhibit No. |
|---|---|---|---|
| JX-063 | Email "RE: Fairmont Documents" | 1/19/2018 | Dep. Ex. 63 (Morton)<br>ACCOR_0060486 |
| JX-066 | Email: Management Related Documents | 12/01/2017 | Dep. Ex. 66 (Morton)<br>ACCOR_0059506 |
| JX-071 | Owner Agreement | 01/2/2018 | Dep. Ex. 71 (Morton) |
| JX-091 | Proof of Claim No. 140 (Accor Management US Inc. / SC SJ Holdings LLC) with Exhibits B, D, E, F, G, H, I | 5/7/2021 | Case No. 21-10549, Proof of Claim No. 140 |
| JX-093 | Email from P. Potter to P. Benudiz | 2/23/2021 | DEBTORS-002944 -DEBTORS-002947 |
| JX-095 | Third Amendment to Amended and Restated HMA | 1/2/2018 | Docket 011-5 |
| JX-098 | Declaration of S. Hirbod in Support of Motion for an Order Authorizing Marketing Process to Solicit Hotel Brands | 3/11/2021 | Docket 043 |
| JX-099 | Letter from S. Hirbod | 2/4/2021 | Dep. Ex. 099 (Hirbod)<br>ACCOR_0000076 |
| JX-100 | Letter from S. Hirbod to H. McCrory | 3/15/2021 | Dep. Ex. 100 (Hirbod) |
| JX-101 | Declaration of S. Hirbod in Opposition to Fairmont's Motion to (I) Modify the Automatic Stay to Permit Arbitration of Disputes; and (II) Enforce Arbitration Clause Compelling Arbitration of Disputes | 3/30/2021 | Dep. Ex. 101 (Hirbod)<br>Docket 113 |

| Ex. No. | Exhibit | Date | Docket No. / Bates Range/ Deposition Exhibit No. |
|---|---|---|---|
| JX-102 | Declaration of S. Hirbod in Support of Debtors' Motion to Estimate Maximum Amount of Fairmont Hotel & Resorts (U.S.) Inc's Contingent and Unliquidated Claim | 4/23/2021 | Dep. Ex. 102 (Hirbod) Docket 238 |
| JX-105 | Letter from C. Hummel to FMT SJ LLC | 2/5/2021 | Dep. Ex. 105 (Hirbod) Docket 093-2 |
| JX-106 | Letter from P. Potter to P. Benudiz | 2/23/2021 | Dep. Ex. 106 (Hirbod) Docket 093-3 |
| JX-107 | Letter from C. Hummel to P. Potter | 2/25/2021 | Dep. Ex. 107 (Hirbod) Docket 093-4 |
| JX-109 | Email from H. Adib to S. Hirbod | 10/27/2020 | Dep. Ex. 109 (Hirbod) DEBTORS-022797 DEBTORS-022807 |
| JX-110a | Hirbod handwritten notes | 10/29/2020 | Dep. Ex. 110 (Hirbod) DEBTORS-0000001 |
| JX-110b | Hirbod handwritten notes | 11/3/2020 | Dep. Ex. 110 (Hirbod) DEBTORS-0000002 |
| JX-110c | Hirbod handwritten notes | 11/18/2020 | Dep. Ex. 110 (Hirbod) DEBTORS-0000003 |
| JX-110d | Hirbod handwritten notes | 2/2021 | Dep. Ex. 110 (Hirbod) DEBTORS-0000005 |
| JX-112 | Declaration of N. Demchick in Support of Chapter 11 Petitions and First Day Pleadings | 3/10/2021 | Dep. Ex. 112 (Hirbod) Docket 011 |
| JX-113 | Email from S. Hirbod to H. McCrory | 11/11/2020 | Dep. Ex. 113 (Hirbod) ACCOR_0001436 - ACCOR_0001437 |
| JX-115 | Email from M. Taylor to D. McGowan | 2/25/2021 | Dep. Ex. 115 (Hirbod) DEBTORS-018567 - DEBTORS-018569 |
| JX-120 | Rebuttal Report of F. Nardozza | 5/28/2021 | Dep. Ex. 120 (Nardozza) Docket No. 398 |

| Ex. No. | Exhibit | Date | Docket No. / Bates Range/ Deposition Exhibit No. |
|---|---|---|---|
| JX-121 | Retainer Agreement with F. Nardozza | 3/10/21 | Dep. Ex. 121 (Nardozza)<br>DEBTORS-033044 - DEBTORS-033051 |
| JX-302 | Proof of Claim No. 137 (Accor Management US Inc./FMT SJ LLC) | 05/07/2021 | Case No. 21-10521, Proof of Claim No. 137 |
| JX-303 | Email: "Termination" | 02/04/2021 | ACCOR_0000075 |
| JX-325 | Demand for Arbitration submitted by Accor to the American Arbitration Association ("AAA") | 03/04/2021 | Docket 94, Ex. 1 |
| JX-327 | Amended Claim for Declaratory and Injunctive Relief and Damages, filed by Accor with AAA, dated April 12, 2021 | 04/12/2021 | Docket 233, Ex. 11 |
| JX-339 | Expert Report of Mr. Francis J. Nardozza on Liquidated Damages | 05/19/2021 | Doc. 397 |
| JX-341 | Hilton Bid (Redacted) | 5/26/2021 | Dkt. 391-6 |
| JX-350 | Lt: "San Jose Fairmont Hotel Management Agreement" | 04/09/2021 | ACCOR_0013310 |
| JX-351 | Email "RE: Update call" | 11/17/2020 | ACCOR_0000010 |
| JX-352 | Email: "Re: following up on our las[t] conversation" | 12/01/2020 | ACCOR_0000018 |
| JX-354 | Email: "Re: Email follow up" | 12/08/2020 | ACCOR_0000027 |

| Ex. No. | Exhibit | Date | Docket No. / Bates Range/ Deposition Exhibit No. |
|---|---|---|---|
| JX-355 | Email: "RE: SAJ, Any news from this weeks meeting?" | 02/18/2021 | ACCOR_0053661 |
| JX-356 | Email: "FW: Fairmont San Jose – FYI Only" | 03/05/2021 | ACCOR_0053687 |
| JX-359 | Lt: "February 5, 2021 Letter to Chad Hummel" | 02/09/2021 | DEBTORS-002467 |
| JX-360 | Lt: "Re: San Jose Fairmont" | 02/23/2021 | DEBTORS-002936 |
| JX-361 | Email: "SJF – Accommodation" | 02/25/2021 | DEBTORS-002944 |
| JX-362 | Lt: "Fairmont San Jose Hotel: Resolution of Disputes…" | 02/25/2021 | DEBTORS-002949 |
| JX-400 | Email from S. Glenn to S. Hirbod | 3/4/21 | ACCOR_0000080 |
| JX-401 | Email from R. Nako to C. Hummel and R. Wallan | 6/2/2021 | |
| JX-404 | Amended Disclosure Statement with Respect to Amended Joint Chapter 11 Plan of Reorganization Statement | 5/26/2021 | Docket 353 |
| JX-405 | Email and attachment from B. Connor to M. Taylor | 2/11/2021 | DEBTORS-018225 – DEBTORS-018226; DEBTORS-018232 |
| JX-408 | Tri-Party Agreement and Amendment to HMA | 1/2/2018 | ACCOR_0026815- ACCOR_0026823 |
| JX-410 | Subordination and Non-Disturbance Agreement | 1/2/2018 | ACCOR_0026824 - ACCOR_0026840 |
| JX-418 | Email from D. McGowan to M. Taylor | 2/27/2021 | DEBTORS-018815 - DEBTORS-018818 |

| Ex. No. | Exhibit | Date | Docket No. / Bates Range/ Deposition Exhibit No. |
|---|---|---|---|
| JX-421 | Proof of Claim No. 140 (Accor Management US Inc/ FMT SJ LLC), with Exhibits B, D, E, F, G, H, I | 5/7/2021 | Case No. 21-10521, Proof of Claim No. 140 |
| JX-422 | Debtors' Responses and Objections to Accor's First Set of Interrogatories to Debtors | 5/17/2020 | |
| JX-423 | Debtors' Supplemental Responses and Objections to Accor's First Set of Interrogatories to Debtors | 5/26/2021 | |
| JX-424 | 2021 Forecast | 3/2021 | ACCOR_0003985 ACCOR_0004056 |

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| | |
| */s/ Patrick J. Reilley* | */s/ S. Alexander Faris* |
| Justin R. Alberto (No. 5126) | Sean M. Beach (No. 4070) sbeach@ycst.com |
| Patrick J. Reilley (No. 4451) | S. Alexander Faris (No. 6278) afaris@ycst.com |
| 500 Delaware Avenue, Suite 1410 | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 652-3131 | Telephone: (302) 571-6600 |
| Facsimile: (302) 652-3117 | Facsimile: (302) 571-1253 |
| Email: jalberto@coleschotz.com | |
| preilley@coleschotz.com | - and - |
| | |
| – and – | SIDLEY AUSTIN LLP |
| | Samuel A. Newman sam.newman@sidley.com |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | Genevieve G. Weiner gweiner@sidley.com |
| Patrick J. Potter (admitted *pro hac vice*) | Julia Philips Roth julia.roth@sidley.com |
| Rahman Connelly (admitted *pro hac vice*) | 555 West Fifth Street |
| 1200 Seventeenth Street, NW | Los Angeles, California 90013 |
| Washington, DC 20036 | Telephone: (213) 896-6000 |
| Telephone: (202) 663-8928 | Facsimile: (213) 896-6600 |
| Facsimile: (202) 663-8007 | |
| Email: patrick.potter@pillsburylaw.com | SIDLEY AUSTIN LLP |
| | Chad S. Hummel chummel@sidley.com |
| *Counsel to the Debtors* | 1999 Avenue of the Stars, 17th Floor |
| *and Debtors in Possession* | Los Angeles, California 90067 |
| | Telephone: (310) 595-9500 |
| | Facsimile: (310) 595-9501 |
| | |
| | *Counsel to Accor Management US Inc. (f/k/a Fairmont Hotels and Resorts (U.S.) Inc.)* |