| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Cathy | Hershcopf | Official Committee of Unsecured Creditors | Cooley LLP |
| David | Ambrosia | Columbus Hill Capital Management, L.P. | Columbus Hill Capital Management, L.P. |
| Ian | Silverbrand | N/A | |
| Scott | Greenberg | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Christopher | Harris | Debtors | Latham & Watkins |
| Michele | Meises | Deutsche Bank | White & Case |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Bob | Brady | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Elizabeth | Lombard | Deerfield Partners L. P. | Sullivan & Cromwell LLP |
| Philip | DiSanto | Humana | Willkie Farr & Gallagher LLP |
| Arik | Preis | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| Vasu | Kalpat | Unsecured (Guaranteed by MNK Plc) Note Holder | |
| Justin | Alberto | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| Zhao | Liu | Beren Therapeutics, P.B.C. and MANDOS LLC | The Rosner Law Group LLC |
| Jason | Moehlmann | Debtors | Latham & Watkins LLP |
| Maria | Chutchian | Reuters | Reuters |
| Spencer | Payne | Aurelius Capital Management, LP | |
| Rick | Wyron | Legal Representative for Future Claimants | Frankel Wyron LLP |
| George | O'Connor | Multi State Governmental Entities | Caplin & Drysdale, Chartered |
| Michael | Klein | Official Committee of Unsecured Creditors | Cooley LLP |
| Sergei | Startsev | Shareholder | |
| Andrew | Rosenberg | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Ted | Nguyen | '- | Mariner Investment Group |
| Heather | Barlow | UCC | Dundon Advisers LLC |
| Richard | Cobb | Unsecured Notes Ad Hoc Group | Landis Rath & Cobb |
| Mark | Duedall | Debtors' OCP | Bryan Cave Leighton Paisner LLP |
| 'Константин Беспяткин | | Investor | |
| Brian | Kessler | Creditor | |

| | | | |
|---|---|---|---|
| Donald | Burke | Ad Hoc First Lien Notes Group | Robbins, Russell, Englert, Orseck & Untereiner LLP |
| George | Schultze | Pro Se | Schultze Asset Mgmt. |
| Claudia | Tobler | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Mitch | Hurley | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Scott | Cousins | OCM Luxembourg | Cousins Law LLC |
| Roger | Frankel | Legal Representative for Future Claimants | Frankel Wyron LLP |
| David | Skatoff | Legal Representative for Future Claimants | Ducera Partners LLC |
| Emily | Holt | Liberty Mutual | |
| Anthony | De Leo | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| Andrew | Scurria | Wall Street Journal | |
| Sonia | Pfaffenroth | Special Counsel to the Debtors | Arnold & Porter Kaye Scholer LLP |
| Matthew | Russell | Hudson Bay | |
| Agnes | Tang | Legal Representative for Future Claimants | Ducera Partners LLC |
| Jeremy | Evans | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Michael | Cohen | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Travis | Buchanan | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Daniel | Gill | Bloomberg Law | |
| Colleen | Maker | City of Marietta | Lowenstein Sandler LLP |
| Matthew | Wasserman | Express Scripts | Quinn Emanuel Urquhart & Sullivan, LLP |
| Jeffrey | Kaplan | BCAS | BCAS |
| Jennifer | Conn | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Megan | Wasson | Governmental Plaintiff Ad Hoc Committee | |
| Michael | Etkin | City of Marietta | Lowenstein Sandler LLP |
| David | Fournier | Ad Hoc First Lien Term Lender Group | Troutman Pepper Hamilton Sanders LLP |
| Aaron | Stulman | Deerfield Partners L. P. | Potter Anderson & Corroon LLP |
| Jennifer | Christian | Ad Hoc Group of Personal Injury Victims | ASK LLP |
| Melissa | Van Eck | Commonwealth of Pennsylvania | Pennsylvania Office of Attorney General |
| Laruel | Lalone | McKesson | |
| Christopher | Simon | City of Marietta | Cross & Simon, LLC |

| | | | |
|---|---|---|---|
| Sara | Brauner | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| James | Lathrop | Official Committee of Unsecured Creditors | Robinson & Cole LLP |
| Vasilii | Dunin | Shareholder | Vasilii |
| Taylor | Harrison | Debtwire | |
| Christopher | Guth | Humana | Attestor Capital |
| Donna | Culver | Attestor Limited and Humana Inc. | Morris Nichols Arsht & Tunnell LLP |
| Kaitlyn | Sundt | Debtors | AlixPartners, LLP |
| Jason | Greenwood | United States | U.S. Dept. of Justice |
| Dianne | Coffino | Beren Therapeutics, P.B.C. and MANDOS LLC | Covington & Burling LLP |
| Scott | Jones | OCM Luxembourg | Cousins Law LLC |
| Stephen | Welch | Mallinckrodt | Mallinckrodt |
| Teddy | Kindelan | Legal Representative for Future Claimants | Ducera Partners LLC |
| Yan-Chow | Ma | Self | |
| Christopher | Graver | King County | Keller Rohrback |
| Matthew | Harvey | Attestor Limited and Humana Inc. | Morris Nichols Arsht & Tunnell LLP |
| Jeremiah | Ledwidge | UCC | Cooley LLP |
| Olivia | Parsons | Legal Representative for Future Claimants | Ducera Partners LLC |
| Austin | Viny | VonWin Capital | |
| Jane | Leamy | U.S. Trustee | Office of U.S. Trustee |
| Michael | Pantzer | Ad Hoc Committee of Government Entities Holding Medicaid Rebate Claims | Otterbourg P.C. |
| Jamie | Edmonson | Official Committee of Unsecured Creditors | Robinson+Cole LLP |
| Erin | Fay | Deutsche Bank | Bayard, P.A. |
| Paul | Shalhoub | Humana | Willkie Farr & Gallagher LLP |
| John | Ferretti | Humana | |
| Adam | Swingle | N/A | |
| lowell | finson | unsecured creditors | Finson Law Firm |
| Brya | Keilson | Governmental Plaintiff Ad Hoc Committee | Morris James LLP |
| Matthew | Feldman | Humana | Willkie Farr & Gallagher LLP |
| James | Johnston | Ad Hoc Revolving Loan Participants Group | Jones Day |
| Torben | Geisler | Humana | Attestor Capital |
| Jaime | Chapman | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Evan | Schladow | Debtors | Latham & Watkins |

| | | | |
|---|---|---|---|
| Benjamin | Beller | Deerfield Partners L. P. | Sullivan & Cromwell LLP |
| Negisa | Balluku | N/A | Bloomberg LP |
| Nikan | Ansari | Legal Representative for Future Claimants | Ducera Partners LLC |
| Daniel | Astin | Ad Hoc Acthar Group | |
| Robert | Dehney | Attestor Limited and Humana Inc. | Morris Nichols Arsht & Tunnell LLP |
| Jim | Patton | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Ed | Harron | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Brian | Guiney | Interested party | Patterson Belknap Webb & Tyler LLP |
| Matthew | Dundon | UCC | Dundon Advisers LLC |
| Matthew | Freimuth | Humana | Willkie Farr & Gallagher LLP |
| Jordan | Wolfe | various | cerberus |
| Benjamin | Waldin | Attestor, Humana | Eimer Stahl LLP |
| Melanie | Sharp | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Alexander | Clark | Beren Therapeutics, P.B.C. and MANDOS LLC | Covington & Burling LLP |
| Julia | Klein | Alexander Parker | Klein LLC |
| James | Bromley | Deerfield Partners L. P. | Sullivan & Cromwell LLP |
| Amanda | Steele | Debtors | Richards, Layton & Finger |
| Ann | Langley | Multi State Governmental Entities Group | Caplin & Drysdale, Chartered |
| Karen | Bray | Legal Representative for Future Claimants | Greenberg Traurig, LLP |
| Nathaniel | Miller | Multi State Governmental Entities Group | Caplin & Drysdale, Chartered |
| Justin | Kirschner | Mallinckrodt plc | Latham & Watkins LLP |
| Wesley | Powell | Humana | Willkie Farr & Gallagher LLP |
| Daniel | Eggermann | Governmental Plaintiff Ad Hoc Committee | |
| Heather | Smillie | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Chaim | Fortgang | N/A | |
| Michelle | Choi | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Richard | Choi | Humana | Willkie Farr & Gallagher LLP |
| Dana | Kane | Cedar Glade Capital | Kelley Drye & Warren LLP |
| Kent | Kolbig | Deutsche Bank Trust Company Americas | Moses & Singer LLP |
| Cullen | Speckhart | Official Committee of Unsecured Creditors | Cooley LLP |
| Jeffrey | Schlerf | Deutsche Bank AG New York Branch | GrayRobinson PA |
| Jeffrey | Waxman | Governmental Plaintiff Ad Hoc Committee | Morris James LLP |
| Kevin | Boland | Deutsche Bank, as agent | RPA Advisors LLC |
| James | Williamson | N/A | |

| | | | |
|---|---|---|---|
| Judah | Hertzberg | Self (interested investor-listen only) | |
| Michael | DeBaecke | WSFS | Ashby & Geddes, P.A. |
| Huahai | Ma | Self | |
| Taylor | Haga | Attestor Limited and Humana Inc. | Morris Nichols Arsht & Tunnell LLP |
| Joshua | Brody | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Ken | Listwak | Ad Hoc First Lien Term Lender Group | Troutman Pepper Hamilton Sanders LLP |
| Andrew | Behlmann | City of Marietta | Lowenstein Sandler LLP |
| Jonathan | Kim | Official Committee of Unsecured Creditors | Cooley LLP |
| Julia | Winters | Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| Sameer | Alifarag | Wilmington Savings Fund Society, FSB | Pryor Cashman LLP |
| Christopher | Samis | Deerfield Partners L. P. | Potter Anderson & Corroon LLP |
| Leesa | Haspel | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| James | Green | MSGE Group | Seitz, Van Ogtrop & Green, P.A. |
| Benjamin | McCallen | Humana | Willkie Farr & Gallagher LLP |
| Bernice | Lee | MSP Entities | Kozyak Tropin & Throckmorton |
| Andrew | Papa | Legal Representative for Future Claimants | Young Conaway Stargatt & Taylor, LLP |
| Peter | Cicala | Beren Therapeutics, P.B.C. and MANDOS LLC | |
| Matthew | Pierce | Unsecured Notes Ad Hoc Group | Landis Rath & Cobb |
| Sophie | Macon | Official Committee of Opioid Related Claimants | Cole Schotz P.C. |
| Serena | Lightstone | MSGE | FTI Consulting |
| Robert | Stearn | Mallinckrodt (Debtors) | Richards, Layton & Finger, P.A. |
| Michael | Merchant | Debtors | Richards, Layton & Finger, P.A. |
| Alice | Eaton | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Ethan | Trotz | Specialty Generics Debtors | Katten Muchin Rosenman LLP |
| Babak | Torgoley | Mnk | |
| Matthew | Manning | Attestor | M3 |
| Neal | Donnelly | Unsecured Notes Ad Hoc Group | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Alan | Gamza | Deutsche Bank Trust Company Americas | Moses & Singer LLP |
| Jason | Camm | Beren Therapeutics, P.B.C. and MANDOS LLC | |
| Megan | Harper | City of Philadelphia | |

| Julia | Heasley | Unsecured Noteholders Ad Hoc Group | Paul, Weiss |
|---|---|---|---|
| Bill | Hazeltine | Ad Hoc First Lien Notes Group | Sullivan Hazeltine Allinson LLC |
| Matthew | Biben | Ad Hoc First Lien Term Lender Group | Gibson, Dunn & Crutcher LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Nader | Amer | Attestor Limited and Humana Inc. | Morris Nichols Arsht & Tunnell LLP |
| Brooks | Barker | Official Committee of Opioid Related Claimants | Akin Gump Strauss Hauer & Feld |
| Evan | Lazerowitz | Official Committee of Unsecured Creditors | Cooley LLP |
| gautam | dhingra | jpmorgan | jpmorgan |
| Beth | Brownstein | BOKF, N.A. | Arent Fox LLP |
| Kevin | Eckhardt | Reorg Research | Reorg Research |
| Clay | Roberts | Deutsche Bank AG New York Branch | White & Case LLP |
| Meghan | McCaffrey | Express Scripts | Quinn Emanuel |
| Bart | Hoyng | Humana | Attestor Capital |