**<u>EXHIBIT A</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SC SJ HOLDINGS LLC, *et al.* | Case No. 21-10549 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. ___** |

## <u>ORDER QUASHING SUBPOENA DIRECTED TO CLNC FAIR JOSE FINANCE, LLC</u>

Upon *CLNC Fair Jose Finance, LLC's Motion to Quash Subpoena Issued By Accor or for a Protective Order* (the "<u>Motion</u>"), filed by CLNC Fair Jose Finance, LLC (the "<u>Prepetition Secured Lender</u>"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated as of February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the circumstances, and it appearing that no other or further notice need be provided; and the Court having considered the Motion, and all other arguments and evidence on the record; and the Court having found that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1.      The Motion is GRANTED.

2.      The Subpoena is hereby quashed.

3.      This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: August __, 2021
        Wilmington, DE

_____
The Honorable John T. Dorsey
United States Bankruptcy Judge