# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SC SJ HOLDINGS LLC, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10549 (JTD)<br><br>(Jointly Administered)<br><br>**Related Docket No. 647** |

### CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION PURSUANT TO 11 U.S.C.§ 105(A) AND BANKRUPTCY RULE 9019(A) FOR ORDER APPROVING SETTLEMENT WITH HISPANIC FOUNDATION SILICON VALLEY

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Debtors' Motion Pursuant to 11 U.S.C.§ 105(a) and Bankruptcy Rule 9019(a) for Order Approving Settlement with Hispanic Foundation Silicon Valley* [Docket No. 647] (the "Motion"), filed on August 10, 2021.  Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than August 31, 2021 (the "Objection Deadline").

The Objection Deadline has passed and no objections or other responsive pleading to the Motion appear on the docket or were served upon the undersigned counsel.  It is hereby respectfully requested that the Court enter the proposed order attached to the Motion at the convenience of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: SC SJ Holdings LLC (5141) and FMT SJ LLC (7200).  The mailing address for both Debtors is 3223 Crow Canyon Road, Suite 300 San Ramon, CA 94583.

|  |  |
|---|---|
| Dated: September 2, 2021<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>Email: jalberto@coleschotz.com<br>         preilley@coleschotz.com |

- and -

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

Patrick J. Potter (Admitted *Pro Hac Vice*)
Jonathan Doolittle (Admitted *Pro Hac Vice*)
Rahman Connelly (Admitted Pro Hac Vice)
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: (202) 663-8928
Facsimile: (202) 663-8007
Email: patrick.potter@pillsburylaw.com
         jonathan.doolittle@pillsburylaw.com
         rahman.connelly@pillsburylaw.com

*Counsel to the Debtors and Debtors in Possession*