# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SC SJ HOLDINGS LLC, *et al.,* | Case No. 21-10549 (JTD) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

    I, John D. Demmy, hereby certify that on February 4, 2022, a copy of *Pillsbury Winthrop Shaw Pittman LLP's Initial Reservation of Rights Regarding Accor's Motion for Sanctions Against Debtors and Sam Hirbod* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and I caused a copy of the document to be served via Electronic Mail on the below parties.

Michael Busenkell, Esquire
Ronald S. Gellert, Esquire
Bradley P. Lehman, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE 19801
mbusenkell@gsbblaw.com
rgellert@gsbblaw.com
blehman@gsbblaw.com

Patrick J. Reilley, Esquire
Justin R. Alberto, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
preilley@coleschotz.com
jalberto@coleschotz.com

Steven K. Kortanek, Esquire
LimNexus LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
steven.kortanek@limnexus.com

Hamed Adib, Esquire
Adib Law Firm
1 Sansome Street, Suite 3500
San Francisco, CA 94104
hadib@adiblaw.com

Sean M. Beach, Esquire
Young Conaway Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE 19801
sbeach@ycst.com

Samuel A. Newman, Esquire
Genevieve G. Weiner, Esquire
Chad Hummel, Esquire
Marisa Alter-Nelson, Esquire
Stacy Horth-Neubert, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
sam.newman@sidley.com
gweiner@sidley.com
julia.roth@sidley.com
chummel@sidley.com
malternelson@sidley.com
shorthneubert@sidley.com

2

                                      **SAUL EWING ARNSTEIN & LEHR LLP**

                                      By: */s/ John D. Demmy*
                                           John D. Demmy (DE Bar No. 2802)
                                           1201 N. Market Street, Suite 2300
                                           P.O. Box 1266
                                           Wilmington, DE 19899
                                           (302) 421-6848

Dated:  February 4, 2022