IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SC SJ HOLDINGS LLC, *et al.,* | Case No. 21-10549 (JTD) |
| Reorganized Debtors.[1] | (Jointly Administered) |

### NOTICE OF DEPOSITION OF LOIS R. LUPICA

To: Lois R. Lupica
Maine Law Foundation Professor of Law, Emerita
University of Maine School of Law
Visiting Professor of Practice
University of Denver Sturm College of Law
2255 E. Evans Avenue
Denver, CO 80208

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, made applicable hereto by Rule 7030 of the Federal Rules of Bankruptcy Procedure, Pillsbury Winthrop Shaw Pittman LLP will take the deposition of Lois R. Lupica on July 6, 2022 at 10:00 a.m. Mountain Time.

The deposition will take place via the Zoom or similar platform as a virtual deposition, and will continue until the deposition is complete. The deposition will be recorded by stenographic means and recorded on the Zoom or similar platform.

| | |
|---|---|
| Dated: June 21, 2022 | **SAUL EWING ARNSTEIN & LEHR LLP** |
| | */s/ John D. Demmy* |
| | John D. Demmy (DE Bar No. 2802) |
| | 1201 North Market Street, Suite 2300 |
| | P.O. Box 1266 |
| | Wilmington, DE 19899 |
| | Telephone: (302) 421-6848 |
| | Facsimile: (302) 421-6813 |
| | Email: john.demmy@saul.com |
| | |
| | *Attorneys for Pillsbury Winthrop Shaw Pittman LLP* |

---

[1] The Reorganized Debtors in these cases, along with the last four digits of their federal tax identification number, are: SC SJ Holdings LLC (7200) and FMT SJ LLC (7200). According to the Reorganized Debtors, the mailing address for the Reorganized Debtors is 3223 Crow Canyon Road, Suite 300 San Ramon, CA 94583.