# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SC SJ HOLDINGS LLC, *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 21-10549 (JTD)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 828, 1013 and 1031** |

## PRE-HEARING SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 16 and 26, as incorporated for the Contested Matter (as defined below) by Federal Rules of Bankruptcy Procedure 7016, 7026 and 9014, respectively, the Court hereby adopts the following pre-hearing schedule in connection with the *Combined Monthly and Final Fee Application of Pillsbury Winthrop Shaw Pittman LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors-In-Possession for the (I) Monthly Period of September 1, 2021 Through November 8, 2021 and (II) Final Period of March 5, 2021 Through November 8, 2021* [Docket No. 828] (the "**Fee Application**") filed by Pillsbury Winthrop Shaw and Pittman LLP ("Pillsbury"), and *Reorganized Debtors' Objection to Pillsbury Winthrop Shaw Pittman LLP's Final Application for Compensation as Counsel to the Debtors* [Docket No. 1013] (the "**Objection**," and together with the Fee Application, the "**Contested Matter**") filed by SC SJ Holdings LLC, *et al.* (the "**Debtors,**" and together with Pillsbury, the "**Parties**"):

1. Debtors shall produce materials with respect to: (a) Lois Lupica by June 30, 2022; and (b) George Kuney and Joseph Tiano by July 6, 2022.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: SC SJ Holdings LLC (5141) and FMT SJ LLC (7200). The mailing address for both Debtors is 3223 Crow Canyon Road, Suite 300, San Ramon, CA 94583.

40259306.1

2. Debtors shall make Lois Lupica available for deposition on July 8, 2022.

3. The Parties are working to depose Joseph Tiano at a mutually convenient time for the Parties and Mr. Tiano during the week of July 18, 2022.

4. Debtors shall make George Kuney available for deposition on July 14, 2022.

5. Briefing with respect to the issues whether (i) any of Debtors' designated expert witnesses should be excluded, and (ii) any of Debtors' fee objections are precluded by the Court's May 12, 2022 order denying Debtors relief from their confirmed plan [Docket No. 1001] shall proceed as follows:

    (a) Pillsbury shall file its Opening Brief by July 8, 2022;

    (b) Debtors shall file their Answering Brief by July 29, 2022; and

    (c) Pillsbury shall file its Reply Brief by August 5, 2022.

The Court may schedule argument on the issues raised by the forgoing briefing after the completion of briefing.

6. The briefing on the issues as set forth in paragraph 5 above shall not preclude either Pillsbury or the Debtors from filing any other motions or requests for relief that they may seek to advance in connection with the Contested Matter.

7. Pillsbury shall file its Reply in support of the Final Fee Application by August 12, 2022; and Debtors may file a Sur-Reply thereto by August 26, 2022.

8. Subject to witness availability, and Pillsbury shall work with Debtors in good faith in such regard, Debtors may depose any experts disclosed by Pillsbury in advance of filing Debtors' Sur-Reply during the weeks of August 15 and August 26.

9. By August 22, 2022, the Parties shall exchange preliminary witness lists.

10. A final pre-trial conference shall be held, by Zoom, on August 25, 2022, at 10:00 a.m. Eastern Time.

11. The Parties shall exchange and file final witness and exhibit lists by September 12, 2022.

12. The hearing on the Contested Matter shall commence at 9:30 a.m. Eastern Time on September 14, 2022 and if necessary shall continue on September 15, 2022.

13. Dates and deadlines included in this order may be altered only by further order of the Court for cause shown.

Dated: July 12th, 2022
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

40259306.1