# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SC SJ HOLDINGS LLC, *et al.*[1] | Case No. 21-10549 (JTD) |
| Reorganized Debtors. | (Jointly Administered) |

### NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR VIDEO HEARING ON AUGUST 25, 2022, AT 10:00 AM (EASTERN TIME)

> **THIS HEARING WILL BE HELD VIA ZOOM ONLY.**
>
> **ALL PARTIES WISHING TO APPEAR MUST REGISTER VIA THE REGISTRATION LINK BELOW:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItdO6hrz0jGtILalQ6xLEM-lSQcHtCUUM**
>
> **AFTER PARTIES REGISTER, THEY WILL RECEIVE AN EMAIL GIVING THEM THE LOG-IN INFORMATION FOR THE SCHEDULED HEARING.**

**I.   MATTERS GOING FORWARD**

1. Combined Monthly and Final Fee Application of Pillsbury Winthrop Shaw Pittman LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors-In-Possession for the (I) Monthly Period of September 1, 2021 Through November 8, 2021 and (II) Final Period of March 5, 2021 Through November 8, 2021 [D.I. 828, Filed November 23, 2021].

   Related Documents:

   (a) Order Granting Motion of Reorganized Debtors for Leave to File an Objection to Application for Omnibus Order Approving Fee Applications for Final Compensation Period March 5, 2021 Through and Including November 8, 2021 [D.I. 1000, Entered May 12, 2022].

   (b) Pre-Hearing Scheduling Order [D.I. 1032, Entered July 12, 2022].

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: SC SJ Holdings LLC (5141) and FMT SJ LLC (7200). The mailing address for both Debtors is 3223 Crow Canyon Road, Suite 300 San Ramon, CA 94583.

[2] Amended items appear in **bold.**

  (c)   Pillsbury Winthrop Shaw Pittman LLP's Reply in Support of Combined Monthly and Final Fee Application [D.I. 1048, Filed August 12, 2022].

  (d)   Motion for Leave to Exceed Page Limit for Pillsbury's Reply in Connection with Debtors' Objection to Pillsbury's Final Fee Application [D.I 1049, Filed August 12, 2022].

  (e)   Order Granting Motion for Leave to Exceed Page Limit for Pillsbury's Reply in Connection with Debtors' Objection to Pillsbury's Final Fee Application [D.I. 1050, Entered August 16, 2022].

Responses Received:

  A. Reorganized Debtors' Objection to Pillsbury Winthrop Shaw Pittman LLP's Final Application for Compensation as Counsel to the Debtors [D.I. 1013, Filed June 8, 2022].

Status:   A final pretrial conference on this matter is going forward. **Pursuant to the Pre-Hearing Scheduling Order [D.I. 1032], the Evidentiary Hearing will commence on September 14, 2022.**

2. Pillsbury Winthrop Shaw Pittman LLP's Omnibus Motion in Limine [D.I. 1029, Filed July 8, 2022].

 Related Documents:

  (a)   Pillsbury Winthrop Shaw Pittman LLP's Opening Brief in Support of Omnibus Motion in Limine [D.I. 1030, Filed July 8, 2022].

  (b)   Pre-Hearing Scheduling Order [D.I. 1032, Entered July 12, 2022].

  (c)   Pillsbury Winthrop Shaw Pittman LLP's Reply Brief in Support of Omnibus Motion in Limine [D.I. 1043, Filed August 5, 2022].

  (d)   Motion for Leave to Exceed Page Limitation in Connection With Pillsbury Winthrop Shaw Pittman LLP's Reply Brief in Support of Omnibus Motion in Limine [D.I. 1044, Filed August 5, 2022].

  (e)   Notice of Completion of Briefing on Pillsbury Winthrop Shaw Pittman LLP's Omnibus Motion in Limine; and Request for Argument [D.I. 1046, Filed August 10, 2022].

  (f)   Certificate of No Objection to Motion for Leave to Exceed Page Limitation in Connection With Pillsbury Winthrop Shaw Pittman LLP's Reply Brief in Support of Omnibus Motion in Limine [D.I. 1053, Filed August 22, 2022].

  (g) Order Granting Motion for Leave to Exceed Page Limitation in Connection With Pillsbury Winthrop Shaw Pittman LLP's Reply Brief in Support of Omnibus Motion in Limine [D.I. 1056, Entered August 23, 2022].

 Responses Received:

  A. Reorganized Debtors' Response to Pillsbury's Omnibus Motion in Limine [D.I. 1042, Filed July 29, 2022].

 Status: A final pretrial conference on this matter is going forward. **Pursuant to the Pre-Hearing Scheduling Order [D.I. 1032], the Evidentiary Hearing will commence on September 14, 2022.**

3. Pillsbury Winthrop Shaw Pittman LLP's Motion in Limine to Exclude Testimony of George Kuney [D.I. 1047, Filed August 11, 2022].

 Related Documents:

  a) Combined Monthly and Final Fee Application of Pillsbury Winthrop Shaw Pittman LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors-In-Possession for the (I) Monthly Period of September 1, 2021 Through November 8, 2021 and (II) Final Period of March 5, 2021 Through November 8, 2021 [D.I. 828, Filed November 23, 2021].

  b) Reorganized Debtors' Objection to Pillsbury Winthrop Shaw Pittman LLP's Final Application for Compensation as Counsel to the Debtors [D.I. 1013, Filed June 8, 2022].

  c) Pillsbury Winthrop Shaw Pittman LLP's Reply in Support of Motion in Limine to Exclude Testimony of George Kuney [D.I. 1054, Filed August 22, 2022].

 Responses Received:

  A. Reorganized Debtors' Response to Pillsbury's Omnibus Motion in Limine to Exclude Testimony of George Kuney [D.I. 1052, Filed August 18, 2022].

 Status: A final pretrial conference on this matter is going forward. **Pursuant to the Pre-Hearing Scheduling Order [D.I. 1032], the Evidentiary Hearing will commence on September 14, 2022.**

4. Reorganized Debtors' Motion in Limine to Strike the Expert Report of Robert J. Keach on Behalf of Pillsbury Winthrop Shaw Pittman LLP [D.I. 1051, Filed August 18, 2022].

   Related Documents:

   a) Motion to Shorten Notice with Respect to Reorganized Debtors' Motion in Limine to Strike the Expert Report Of Robert J. Keach on Behalf of Pillsbury Winthrop Shaw Pittman LLP [D.I. 1055, Filed August 23, 2022].

   b) Order Granting Motion to Shorten Notice with Respect to Reorganized Debtors' Motion in Limine to Strike the Expert Report Of Robert J. Keach on Behalf of Pillsbury Winthrop Shaw Pittman LLP [D.I. 1057, Entered August 23, 2022].

   c) **Notice of Hearing for Reorganized Debtors' Motion In Limine to Strike The Expert Report Of Robert J. Keach On Behalf Of Pillsbury Winthrop Shaw Pittman LLP [D.I. 1059, Filed August 23, 2022].**

   Responses Received: None as of the filing of this agenda.

   Status: A final pretrial conference on this matter is going forward. **Pursuant to the Pre-Hearing Scheduling Order [D.I. 1032], the Evidentiary Hearing will commence on September 14, 2022.**

Dated: August 23, 2022
Wilmington, DE

**GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/ Ronald S. Gellert*
Michael Busenkell (DE 3933)
Ronald S. Gellert (DE 4259)
Bradley P. Lehman (DE 5921)
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com
       rgellert@gsbblaw.com
       blehman@gsbblaw.com

and

**OGBORN MIHM LLP**
Michael T. Mihm, *pro hac vice*
Susan Hardie Jacks, *pro hac vice*
Jason B. Wesoky, *pro hac vice*

James E. Fogg, *pro hac vice*
1700 Lincoln, Suite 2700
Denver, CO 80203
Telephone: (303) 592-5900
Facsimile: (303) 592-5910
Email:
michael.mihm@OMTrial.com
susie.jacks@OMTrial.com
jason.weskoy@OMTrial.com
james.fogg@OMTrial.com

*Special Counsel to Reorganized Debtors*